| | |
|---|---|
| 1 | SEYFARTH SHAW LLP |
| | Francis J. Ortman III (SBN 213202) |
| 2 | E-mail: fortman@seyfarth.com |
| | Kimberly G. Brener (SBN 244531) |
| 3 | E-mail: kbrener@seyfarth.com |
| | 560 Mission Street, 31st Floor |
| 4 | San Francisco, California 94105 |
| | Telephone: (415) 397-2823 |
| 5 | Facsimile: (415) 397-8549 |
| | |
| 6 | Raymond R. Kepner (SBN 90093) |
| | E-mail: rkepner@seyfarth.com |
| 7 | Sara M. Poggi (SBN 259469) |
| | E-mail: spoggi@seyfarth.com |
| 8 | 333 S. Hope Street, Suite 3900 |
| | Los Angeles, California 90071 |
| 9 | Telephone: (213) 270-9600 |
| | Facsimile: (213) 270-9601 |
| 10 | |
| | Attorneys for Defendant |
| 11 | IKON OFFICE SOLUTIONS, INC. |
| | |
| 12 | HAMMONDLAW, PC |
| | Julian Hammond (SBN 268489) |
| 13 | E-mail: Hammond.julian@gmail.com |
| | 1180 S. Beverly Drive, Suite 601 |
| 14 | Los Angeles, California 90035 |
| | Telephone: (310) 601-6766 |
| 15 | Facsimile: (310) 295-2385 |
| | |
| 16 | Attorney for Plaintiffs |
| | TAMMI PELTON CLUCK, CEDRIC HEFFNER, |
| 17 | ALAN KABAKOFF and BRIAN SWANSON |

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | | |
|---|---|---|
| TAMMI PELTON CLUCK, CEDRIC HEFFNER, ALAN KABAKOFF, and BRIAN SWANSON, individually and on behalf of all others similarly situated, | ) ) ) ) ) | Case No. CV 11 5027 JSW **STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE HEARING ON THE MOTION TO DISMISS AND STRIKE, THE MOTION TO STAY OR TRANSFER, AND THE CASE MANAGEMENT CONFERENCE UNTIL APRIL 20, 2012** |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| IKON OFFICE SOLUTIONS, INC., an Ohio Corporation, | ) ) ) | Judge: Hon. Jeffrey S. White |
| Defendant. | ) ) ) ) | Complaint Filed: October 12, 2011 FAC Filed: November 30, 2011 |

Stipulation and [Proposed] Order For Continuances of the Hearing on the Motion to Dismiss and Strike and the Motion to Stay/ Transfer and the Case Management Conference/ Case No. CV 11 5027 JSW

1   Pursuant to Local Rule 6-2 and 7-12, Plaintiffs Tammi Pelton Cluck, Cedric Heffner,
2  Alan Kabakoff, and Brian Swanson (collectively, the "Plaintiffs") and Defendant IKON Office
3  Solutions, Inc. ("IKON") (collectively, the "Parties"), by and through their undersigned counsel,
4  hereby stipulate as follows:

**RECITALS**

6   Whereas, IKON filed its Motion to Dismiss and/or Motion to Strike the Class Allegations
7  in Plaintiffs' First Amended Complaint (hereinafter the "Motion to Dismiss and Strike") on
8  January 3, 2012. Plaintiffs filed an Opposition on January 17, 2012. (*See* Declaration of Julian
9  Hammond ("Hammond Decl.") ¶ 2). The hearing on IKON's Motion to Dismiss and Strike is
10 currently scheduled for April 13, 2012 at 9:00 a.m. (*Id.*).

11  Whereas, IKON filed a Motion to Stay, or in the alternative, Transfer Action (hereinafter
12 "Motion to Stay/Transfer") on November 22, 2011 and a Notice of Pendency of Other Actions or
13 Proceedings on November 21, 2011. (*Id.* at ¶ 3). Plaintiffs filed their Opposition to the Motion
14 to Stay/Transfer on December 4, 2011 and IKON filed its Reply on December 11, 2011. (*Id.*).
15 IKON subsequently filed an Administrative Motion Re: Continued Validity of Motion to Stay, or
16 in the Alternative, to Transfer Action Despite Changed Circumstances (hereinafter, the
17 "Administrative Motion"), on January 9, 2012. (*Id.* at ¶ 4). Plaintiffs filed their Opposition to
18 this Administrative Motion on February 13, 2012. (*Id.*). The hearing on IKON's Motion to
19 Stay/Transfer is currently scheduled for April 13, 2012 at 9:00 a.m. (*Id.* at ¶ 4).

20  Whereas, on November 8, 2011, the Court issued an Order Setting Case Management
21 Conference and Requiring Joint Case Management Statement (the "Order") in this action. (*Id.* at
22 ¶ 5). The Court's Order set the initial Case Management Conference for Friday, February 3,
23 2012 at 1:30 p.m. (*Id.*).

24  Whereas, on January 12, 2012 the Parties entered a stipulation continuing the Case
25 Management Conference to April 13, 2012 at 9:00 a.m. (the same date and time as the hearings
26 on the pending Motions) and further stipulated to enlarge the time on the briefing schedules for
27 the Motion to Dismiss and Strike and Motion to Stay/Transfer. The Court approved the Parties'
28

1 Stipulation and altered the date/time of the Case Management Conference and revised the
2 Parties' briefing schedule on such Motions by Order dated January 18, 2012.
3   Whereas, to accommodate Plaintiffs' counsel's religious observance, which interferes
4 with his ability to appear on April 13, 2012, Plaintiffs requested that IKON stipulate to a
5 continuance (until April 20, 2012) of the above-referenced hearings and Case Management
6 Conference and IKON agreed. (*Id.* at ¶ 7).
7   Whereas, the Parties have agreed to continue the hearings on the Motion to Dismiss and
8 Strike and the Motion to Stay/Transfer for 7 days and to continue the currently scheduled Case
9 Management Conference for 7 days, such that both hearings and the Case Management
10 Conference are scheduled for April 20, 2012 at 9:00 a.m. (*Id.* at ¶ 8).
11   Whereas, as of the date of this Stipulation, there have been no other time modifications in
12 this case, with the exception of two other stipulations enlarging the time for IKON to respond to
13 Plaintiffs' complaints (pursuant to Local Rule 6-1(a)) and the stipulation described above. (*Id.* at
14 ¶ 11).
15   Whereas good cause exists to continue the hearings on the Motion to Dismiss and Strike
16 and the Motion to Stay/Transfer for 7 days, and to continue the currently scheduled Case
17 Management Conference, in view of the fact that Plaintiffs' counsel's religious observance
18 interferes with his ability to appear on the scheduled day. (*Id.* at ¶ 7 and 12). Without such a
19 continuance and postponement, Plaintiffs' counsel would otherwise be unable to attend the
20 scheduled hearings on the Motion to Dismiss and Strike and the Motion to Stay/Transfer and the
21 Case Management Conference. (*Id.*).

22 <center>**STIPULATION**</center>

23   Now, therefore, it is hereby stipulated by, between, and among the Parties through their
24 respective counsel, that the hearings on the Motion to Dismiss and Strike and the Motion to Stay/
25 Transfer and the Case Management Conference (and all related dates) be continued as follows:
26
27   (1) The Parties hereby stipulate that the hearings on the Motion to Dismiss and Strike and
28 the Motion to Stay/Transfer be continued 7 days, **to April 20, 2012 at 9:00 a.m**. (*Id.* at ¶ 7).

(2) The Parties further agree that the Case Management Conference currently scheduled with the Court on Friday, April 13, 2012 at 9:00 a.m. be continued to **April 20, 2012 at 9:00 a.m.** (the same date and time as the stipulated hearing date for IKON's Motion to Dismiss and Strike and Motion to Stay/Transfer). The Parties further stipulate and agree and that all dates corresponding to the Case Management Conference also be continued and calculated from the new Conference date (*e.g.,* the Parties' Joint Case Management Statement would be due April 13, 2012).

**IT IS SO STIPULATED**.

DATED: February __, 2012        SEYFARTH SHAW LLP


By   /s/ Kimberly Brenner
Kimberly G. Brener
Attorneys for Defendant
IKON OFFICE SOLUTIONS, INC.

DATED: February __, 2012        HAMMONDLAW, PC


By   /s/ Julian Hammond
Julian Hammond
Attorneys for Plaintiffs TAMMI PELTON CLUCK, CEDRIC HEFFNER, ALAN KABAKOFF, and BRIAN SWANSON

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: March 6, 2012        _/s/ Jeffrey S. White_
Hon. Jeffrey S. White