SEYFARTH SHAW LLP
Francis J. Ortman III (SBN 213202)
E-mail: fortman@seyfarth.com
Kimberly G. Brener (SBN 244531)
E-mail: kbrener@seyfarth.com
560 Mission Street, 31st Floor
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

Raymond R. Kepner (SBN 90093)
E-mail: rkepner@seyfarth.com
Sara M. Poggi (SBN 259469)
E-mail: spoggi@seyfarth.com
333 S. Hope Street, Suite 3900
Los Angeles, California 90071
Telephone: (213) 270-9600
Facsimile: (213) 270-9601

Attorneys for Defendant
IKON OFFICE SOLUTIONS, INC.

HAMMONDLAW, PC
Julian Hammond (SBN 268489)
E-mail: Hammond.julian@gmail.com
1180 S. Beverly Drive, Suite 601
Los Angeles, California 90035
Telephone: (310) 601-6766
Facsimile: (310) 295-2385

Attorney for Plaintiffs
TAMMI PELTON CLUCK, CEDRIC HEFFNER,
ALAN KABAKOFF and BRIAN SWANSON

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| TAMMI PELTON CLUCK, CEDRIC HEFFNER, ALAN KABAKOFF, and BRIAN SWANSON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>IKON OFFICE SOLUTIONS, INC., an Ohio Corporation,<br><br>Defendant. | Case No. CV 11 5027 JSW<br><br>[PROPOSED] ORDER CONTINUING HEARINGS ON MOTION TO DISMISS AND STRIKE AND MOTION TO STAY/ TRANSFER, AND THE CASE MANAGEMENT CONFERENCE **AS MODIFIED**<br><br>Judge: Hon. Jeffrey S. White<br><br>Complaint Filed: October 12, 2011<br>FAC Filed: November 30, 2011 |

---

[Proposed] Order Continuing the Hearings on the Motion to Dismiss and Strike and the Motion to Stay/Transfer and
the Case Management Conference / Case No. CV 11 5027 JSW

Pursuant to the parties' Stipulation to Continue The Hearings On The Motion to Dismiss and Strike and the Motion to Stay/Transfer, and the Case Management Conference, and for the good cause shown therein:

**IT IS HEREBY ORDERED** that the hearings on Defendant's Motion to Dismiss and Strike and Motion to Stay/Transfer and the Case Management Conference be continued from April 20, 2012 to [April 27, 2012] [or] [May 4, 2012] at 9:00 a.m.

May 11, 2012

Dated: April 11, 2012

_____
Hon. Jeffrey S. White
United States District Court Judge

14356867v.1

2
[Proposed] Order Continuing the Hearings on the Motion to Dismiss and Strike and the Motion to Stay/Transfer and the Case Management Conference / Case No. CV 11 5027 JSW